IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TRAVION REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-003 |
| | ) | |
| SCOTT WILKES; RUTHIE SHELTON; MARY ALSTAN; AYAZ CHAUDHARY; P.A. CAIN; STAN SHEPARD; KIMBERLY FOUNTAIN; TIMOTHY WARD; and GREGORY DOZIER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. nos. 19, 20). The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff provided dishonest information about his filing history. (Doc. no. 17.) Plaintiff does not deny he filed the undisclosed case identified by the Magistrate Judge, but he asks that the Court excuse his mistake. The Court declines to do so.

Plaintiff's allegation that his dishonest response was based on a misunderstanding of the law rings hollow, as he has had multiple prior cases dismissed for providing dishonest filing information. (See id. at 3-4 (citing Reid v. Wilkes, No. 1:17-cv-032 (S.D. Ga. July 10, 2017) and Reid v. Crickmar, No. 4:17-cv-119 (N.D. Ga. July 11, 2017) (dismissed for failing to disclose prior lawsuits).) Nor may Plaintiff now amend his complaint to include

disclosure of the case cited in the Report and Recommendation because it would "circumvent the Court's ability to manage its docket by imposing sanctions for providing false information about prior filing history." Brown v. Overstreet, CV 107-113, 2008 WL 282689, at *2 n.2 (S.D. Ga. Jan. 30, 2008) (citation omitted)); see also Harris v. Warden, 498 F. App'x 962, 964-65 (11th Cir. 2012) (rejecting plaintiff's argument that district court abused its discretion by dismissing his complaint without prejudice as a sanction for abuse of the judicial process before "allowing him 'to correct' his failure to disclose his prior litigation history"). Likewise, the Court **DENIES** the motion to add two new Defendants, (doc. no. 21), as the case is due to be dismissed based on Plaintiff's dishonesty about his prior filing history.

Accordingly, the Court **OVERRULES** all of Plaintiff's objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, **DENIES** the motion for an "Examination by An Outside Physician," (doc. no. 13), **DENIES AS MOOT** the motions for a preliminary injunction and for entry of default, (doc. nos. 14, 16), and **CLOSES** this civil action.

SO ORDERED this 30th day of March, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA